JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** HSI

**City** West Bridgewater

**County** Plymouth

**Related Case Information:**
- Superseding Ind./ Inf. _____  Case No. _____
- Same Defendant _____  New Defendant _____
- Magistrate Judge Case Number: 23-mj-1537-DLC
- Search Warrant Case Number: 23-mj-1531-DLC & 23-mj-1532-DLC
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   Yes [ ]  No [✓]

**Defendant Information:**

Defendant Name: Juan Levano   Juvenile: Yes [ ] No [✓]

Is this person an attorney and/or a member of any state/federal bar: Yes [ ] No [✓]

Alias Name: _____

Address: 15 Brooks Place, West Bridgewater, Massachusetts

Birth date (Yr only): 2000   SSN (last 4#): N/A   Sex: M   Race: Unknown   Nationality: Peruvian

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Jessica L. Soto   Bar Number if applicable: 683145

Interpreter: [✓] Yes  [ ] No   List language and/or dialect: Spanish

Victims: [ ] Yes  [✓] No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  [ ] Yes  [ ] No

Matter to be SEALED: [ ] Yes  [✓] No

[✓] Warrant Requested   [ ] Regular Process   [ ] In Custody

Location Status: _____

Arrest Date: _____

[ ] Already in Federal Custody as of _____ in _____
[ ] Already in State Custody at _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by: _____ on _____

Charging Document: [✓] Complaint  [ ] Information  [ ] Indictment

Total # of Counts: [ ] Petty  [ ] Misdemeanor  [✓] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/20/2023   Signature of AUSA: *Jessica L. Soto*

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Juan Levano

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) | Receipt of child pornography | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013